**Order entered November 7, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00450-CV

**WILLIAM RICHMOND, Appellant**

**V.**

**FOREST GREEN MANOR, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-01665-C**

### ORDER

Before the Court is appellant's November 4, 2022 motion requesting an extension to January 21, 2023 to file his brief. We **GRANT** the motion **ONLY TO THE EXTENT** that we extend the time to **December 9, 2022**.

/s/     BILL PEDERSEN, III
JUSTICE